BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED

FEB 15 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:12-CR-00009 LJO |
| Plaintiff, | ORDER RE: MOTION TO UNSEAL INDICTMENT |
| v. | |
| NOHEMI VILLARREAL NORIEGA, | |
| Defendant. | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment and warrant filed on January 12, 2012, be unsealed.

DATED: 2/15/12

_____
U.S. MAGISTRATE JUDGE

2