BENJAMIN B. WAGNER
United States Attorney
MARK J. MCKEON
HEATHER MARDEL JONES
Assistant United States Attorney
United States Courthouse
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for United States

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:12-CR-0009-LJO |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | **ORDER RE: SEIZED FUNDS** |
| NOHEMI VILLAREAL NORIEGA, ) | |
| ) | |
| Defendant. ) | |

Based upon the plea agreement entered into between United States of America and defendant Nohemi Villareal Noriega, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. The criminal forfeiture allegation, as alleged by the United States in the indictment in the instant criminal prosecution, *United States v. Nohemi Villareal Noriega*, 1:12-CR-0009-LJO, is hereby dismissed.

2. The United States shall retain possession of the entire seized approximately $188,900.00 in U.S. Currency, together with any interest which has accrued on the entire balance, (hereafter collectively referred to as "seized funds" or "defendant funds"), and shall apply the seized funds to the restitution obligation, which has been ordered by this court in the instant criminal prosecution, in the amount of $188,900.00 to be paid to the Internal Revenue Service (IRS).

3. Any remaining excess seized funds, over and above the restitution obligation, shall be applied to any other fine or financial obligation as ordered by this court in the instant criminal prosecution.

4. Thereafter, any remaining seized funds shall be deemed abandoned and retained by the United States to be disposed of according to law.


IT IS SO ORDERED.

**Dated:   August 5, 2013**          /s/  **Lawrence J. O'Neill**
                                      UNITED STATES DISTRICT JUDGE